# Sears, Roebuck & Co. *v.* Martin.

*Action for Breach of Contract.*

(Decided Dec. 21, 1905, 39 So. Rep. 723.)

APPEAL from Birmingham City Court.
Heard before Hon. C. W. FERGUSON.

VON. L. THOMPSON, for appellant.

L. M. WASHINGTON and MARTIN & ROBERTS, for appellee.

Affirmed.

Opinion by TYSON, J.

HARALSON, SIMPSON and ANDERSON, JJ., concur.

---

# Western Ry. of Ala. *v.* Stone.

*Damages for Killing Stock.*

(Decided Dec. 19, 1905, 39 So. Rep. 723.)

APPEAL from Montgomery City Court.
Heard before Hon. A. D. SAYRE.

GEORGE P. HARRISON, for appellant.

STEINER, CRUM & WEIL, for appellee.

Affirmed.

Opinion by DOWDELL, J.

HARALSON, SIMPSON and DENSON, JJ., concur.

---

# Collins *v.* The State.

*Crime.*

(Decided Dec. 20, 1905, 39 So. Rep. 726.)

APPEAL from Mobile City Court.
Heard before Hon. O. J. SEMMES.

BOYLES & KOHN, for appellant.

MASSEY WILSON, Attorney General for the State.

Affirmed.

Opinio nby DOWDELL, J.

TYSON, ANDERSON and DENSON, JJ., concur.